UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR SHERIDAN, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>SIRIUS XM RADIO, INC., et al.,<br><br>　　　　Defendants. | Case No. 15-cv-04081-VC<br><br>**ORDER REJECTING NOTICE OF DISMISSAL**<br><br>Re: Dkt. No. 50 |

Typically, a plaintiff may dismiss a case without court approval prior to the defendant's filing of an answer or a motion for summary judgment. Fed. R. Civ. P. 41(a)(1)(A)(i). Because this case was filed as a putative class action, however, the parties must submit a request for dismissal that explains why dismissal will not prejudice the unnamed class members whose claims are not being resolved. *See, e.g.*, *Tombline v. Wells Fargo Bank, N.A.*, No. 13-cv-04567-JD, 2014 WL 5140048, at *2 (N.D. Cal. Oct. 10, 2014). Accordingly, the Court rejects the plaintiff's notice of dismissal. The parties are directed to consult ¶ 48 of the Court's Civil Standing Order and submit a request for dismissal by Tuesday, December 17, 2019.

　　　　**IT IS SO ORDERED.**

Dated: December 13, 2019

_____
VINCE CHHABRIA
United States District Judge